# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**Revised: July 31, 2013**

Official Caption[1]

2013-1510, -1543

IN RE KATZ INTERACTIVE CALL PROCESSING PATENT LITIGATION

-----------------------------------------------------

RONALD A. KATZ TECHNOLOGY LICENSING, L.P.,

Plaintiff-Appellant,

v.

DHL EXPRESS (USA), INC. and SKY COURIER, INC.,

Defendants-Cross Appellants,

and

DHL HOLDINGS (USA), INC.,

Defendant.

Appeals from the United States District Court for the Central District of California in case nos. 07-CV-2192 and 07-ML-1816, Judge R. Gary Klausner.

Authorized Abbreviated Caption[2]

RONALD A. KATZ TECHNOLOGY V DHL EXPRESS (USA), INC., 2013-1510, -1543

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.